Santana Law Group, L.L.C.
Jose O. Santana, Esquire
3708 Bergenline Avenue, 2nd Floor
Union City, New Jersey 07087
Tel: (201) 340-6435
Fax: (201) 601-9121
Email: court@santana-law.com

DETAINED - DELANEY HALL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**PEREDA TAPIA, CRUZ**

***Petitioner*,**

**v.**

**MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,**

**TODD BLANCHE, in her official capacity as Attorney General of the United States;**

**TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;**

**LUIS SOTO, in his official capacity as Director, Delaney Hall Detention Center;**

***Respondents*.**

**Civil Action No.: 2:26-cv-14603**

**Hon. Claire C. Cecchi**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner, Cruz Pereda Tapia, and counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the Respondents. Petitioner no longer wishes to proceed with this action.

*s/Jose O. Santana*
Jose O. Santana, Esq.
Attorney for Petitioner

Respectfully submitted on: 11/19/2026

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/20/2026